IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| Raymond Roles    )<br>               )<br>vs          )<br>               )<br>Scott Walden    )<br>               ) | Case No. CV05-174-S<br><br>JUDGMENT ON JURY VERDICT |

This action came on for trial before the Court and a Jury, Honorable B. Lynn Winmill, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED

that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of the plaintiff his costs of action.

Dated this 17th day of September, 2008.

CAMERON S. BURKE, Clerk

by: LaDonna Garcia, Deputy